## ZDARSKY, SAWICKI & AGOSTINELLI LLP
ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

April 26, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

FILED APR 29 2010 BANKRUPTCY COURT BUFFALO, NY

**Re:  Lisa M. Gawronski**
**Case No. 08-14853B**

Ladies and Gentlemen:

Enclosed is my check no. 10112 for $3.18, payable to the Clerk, representing the dividend(s) payable as follows, which are each less than $5.00:

| Claim No. | Creditor | Amount |
|---|---|---|
| 5 | PYOD LLC, etc. | $1.30 |
| 8 | GE Money Bank d/b/a Old Navy | $1.88 |

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure